

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Kelly Wayne Lamon, Appellant

No. 06-14-00241-CR        v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Red River County, Texas (Tr. Ct. No. CR-02184).   Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

      As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

      We note that the appellant, Kelly Wayne Lamon, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MAY 19, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk